## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON WESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 17-0302-CG-N |
| | ) | |
| AUSTAL USA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued on August 3, 2018 (Doc. 62), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Austal USA LLC, and against Plaintiff, Sharon Wesley.  Therefore, Plaintiff's claims against Austal USA LLC are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 3rd day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE